# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| DENISE MILLER | |
|---|---|
| vs | SUMMONS IN A CIVIL ACTION |
| GENERAL MOTORS CORPORATION | Case No. '08 CV 0665 J AJB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

Tel: (714) 516-2700

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 1 1 2008
DATE

By _____PARIS_____, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)