Michael E. Lindsey
Attorney at Law
State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
(858) 270-7000

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MILLER, an individual,        ) | Case No. 08-cv-0665 J (AJB) |
|                            )           | |
|             Plaintiff,       )         | NOTICE OF APPEARANCE |
|                            )           | |
| v.                            )        | |
|                            )           | |
| GENERAL MOTORS          )              | |
| CORPORATION, a business entity, )      | |
| form unknown, and DOES 1-30, )         | |
| inclusive,                    )        | |
|                            )           | |
|             Defendants.    )           | |
| _____ )      | JUDGE: Napolean A. Jones, Jr. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorney Michael E. Lindsey hereby appears on behalf of the Plaintiff in the above-entitled action. This notice is filed in order to link attorney Lindsey's CM/ECF account to receive notice of filings in the action.

Dated: 5/1/08

                                        /S/Michael E. Lindsey
                                        Michael E. Lindsey
                                        Attorney for Plaintiff

1