cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MILLER, | Civil No. 08cv0665 BTM (AJB) |
| Plaintiff, | **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| GENERAL MOTORS CORPORATION, | |
| Defendants. | |

On June 20, 2008, both counsel contacted the Court and indicated that the case has settled. Accordingly, IT IS HEREBY ORDERED that early neutral evaluation conference set for June 23, 2008 be vacated. A telephonic settlement disposition conference shall be held on **August 14, 2008 at 9:30 a.m.** Counsel for plaintiff shall initiate the conference call. The conference will go forward unless a joint motion for dismissal has been lodged and Judge Battaglia's chambers so notified prior to the conference.

IT IS SO ORDERED.

DATED: June 23, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28