UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MILLER, ) | Case No. 08-cv-00665-BTM-AJB |
| ) Plaintiff, ) | ORDER ON JOINT MOTION TO DISMISS |
| v. ) | |
| ) | |
| GENERAL MOTORS ) CORPORATION, ) | |
| ) Defendants. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that the above captioned action be dismissed with prejudice pursuant to FRCP 41 (a)(I).

DATED: July 24, 2008

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge